**Murat OZCAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–2270.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2006.

Decided: April 25, 2006.

Murat Ozcan, Petitioner Pro Se. Michele Yvette Francis Sarko, Carol Federighi, M. Jocelyn Lopez Wright, United States Department of Justice, Washington, D.C., for Respondent.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Murat Ozcan, a native and citizen of Turkey, seeks review of an order of the Board of Immigration Appeals (Board) affirming without opinion the Immigration Judge's denial of his third motion to reopen. We have reviewed the administrative record and find that the denial of the motion to reopen was not an abuse of discretion. *See* 8 C.F.R. § 1003.23(b)(1), (4)(ii) (2005); *Matter of Lozada,* 19 I. & N. Dec. 637, 1988 WL 235454 (BIA 1988).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*